In the Matter of CARLOS ABREU, Appellant, v STATE OF NEW YORK BOARD OF PAROLE, Respondent. [954 NYS2d 510]

Mercure, J.P., Rose, Kavanagh, Stein and McCarthy, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.